**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, SB# 133878
Timothy S. Kirk, SB# 161598
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
pardini@lbbslaw.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN and CORINNE LOPEZ-ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[N.D. Cal. Local Rule 3-16]** |

Defendant AMCO Insurance Company ("AMCO") submits the following Certification of Interested Entities or Persons pursuant to Northern District of California Local Rule 3-16:

The identities of persons, associations, firms, partnerships, corporations and other entities known by the parties to have (1) a financial interest in the subject matter at issue or in a party to this action, or (2) any other kind of interest that could be substantially affected by the outcome of this action, are:

 a. Plaintiff Scott Allen

 b. Plaintiff Corinne Lopez-Allen

 c. Plaintiff's counsel of record, Scott J. Allen, Esq., and attorneys and employees associated with them;

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

4842-8745-2674.1

1      d.      Defendant AMCO Insurance Company, and its affiliated entities and employees;

2      e.      AMCO's counsel of record in this action, Lewis Brisbois Bisgaard & Smith LLP, and attorneys associated with that firm.

DATED: December 14, 2007

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By *[signature]*
Julian J. Pardini
Attorneys for Defendant
AMCO INSURANCE COMPANY

4842-8745-2674.1

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS