Scott J. Allen (State Bar #178925)
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN and CORINNE LOPEZ-ALLEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. CV 07 6355 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' SECOND CAUSE OF ACTION, LIMITING DAMAGES SOUGHT BY PLAINTIFF, AND REMANDING CASE TO STATE COURT** |

WHEREAS, Plaintiffs, Scott Allen and Corinne Lopez-Allen ("Plaintiffs") filed their Complaint for Damages (the "Complaint") in state court, the California Superior Court in and for Monterey County, case number M87621, on November 14, 2007;

WHEREAS, the Plaintiffs' Complaint asserts two causes of action against Defendant AMCO Insurance Company ("AMCO"): (1) Breach of Contract; and (2) Breach of Covenant of Good Faith and Fair Dealing, and seeks, among other things, special and general damages and punitive damages from Defendant;

WHEREAS, AMCO removed the case to this Court by filing a Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(b) (Diversity) and Jury Demand;

WHEREAS, as the basis of its removal, AMCO asserts that this court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332 (diversity of citizenship);

1     WHEREAS, Plaintiffs desire to voluntarily dismiss with prejudice the second cause of action in their

2 Complaint (Breach of Covenant of Good Faith and Fair Dealing), leaving only their first cause of action for

3 Breach of Contract;

4     WHEREAS, Plaintiffs and AMCO have agreed that the damages Plaintiffs may seek pursuant to the

5 first cause of action will be less than $75,000;

6     WHEREAS, Plaintiffs and AMCO have agreed to request that the Court in its discretion remand this

7 case to the state court for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);

8     NOW THEREFORE, Plaintiffs and AMCO hereby agree as follows:

9     1. Plaintiffs' Second Cause of Action for Breach of Covenant of Good Faith and Fair Dealing shall

10 be dismissed with prejudice;

11     2. Plaintiffs shall not hereafter be allowed to seek or recover damages in excess of $75,000 in this

12 case;

13     3. The parties request that the Court remand this case, in its entirety, to the California Superior

14 Court for the County of Monterey.

15 Dated: February 27, 2008                                Scott J. Allen

17                                                         by:___/s_____
18                                                               Scott J. Allen
                                                       Attorney for Plaintiffs

19 Dated: February 27, 2008                                Lewis, Brisbois, Bisgaard & Smith LLP

23                                                       by:___/s_____
                                                             Timothy Kirk
                                                    Attorneys for AMCO

Allen v. AMCO Insurance Co.
Case No. CV 07 6355 PVT

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court hereby orders as follows:

1. The Plaintiffs' Second Cause of Action for Breach of Covenant of Good Faith and Fair Dealing is hereby dismissed with prejudice;

2. The Plaintiffs shall not at any time in this case seek, or receive, an award of damages amounting to $75,000.00;

3. In light of the foregoing, the Court hereby finds that it is appropriate for this case to be remanded, and the Court hereby remands this case to the California Superior Court for the County of Monterey as case number M87621, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: _____    _____

United States Magistrate Judge

Revised Stip for filing.wpd