Scott J. Allen (State Bar #178925)
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN and CORINNE LOPEZ-ALLEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV 07 6355 PVT<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFFS' SECOND CAUSE OF ACTION, LIMITING DAMAGES SOUGHT BY PLAINTIFF, AND REMANDING CASE TO STATE COURT |

　　　　WHEREAS, Plaintiffs, Scott Allen and Corinne Lopez-Allen ("Plaintiffs") filed their Complaint for Damages (the "Complaint") in state court, the California Superior Court in and for Monterey County, case number M87621, on November 14, 2007;

　　　　WHEREAS, the Plaintiffs' Complaint asserts two causes of action against Defendant AMCO Insurance Company ("AMCO"): (1) Breach of Contract; and (2) Breach of Covenant of Good Faith and Fair Dealing, and seeks, among other things, special and general damages and punitive damages from Defendant;

　　　　WHEREAS, AMCO removed the case to this Court by filing a Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(b) (Diversity) and Jury Demand;

　　　　WHEREAS, as the basis of its removal, AMCO asserts that this court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332 (diversity of citizenship);

1    WHEREAS, Plaintiffs desire to voluntarily dismiss with prejudice the second cause of action in their
2 Complaint (Breach of Covenant of Good Faith and Fair Dealing), leaving only their first cause of action for
3 Breach of Contract;

4    WHEREAS, Plaintiffs and AMCO have agreed that the damages Plaintiffs may seek pursuant to the
5 first cause of action will be less than $75,000;

6    WHEREAS, Plaintiffs and AMCO have agreed to request that the Court in its discretion remand this
7 case to the state court for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);

8    WHEREAS, Plaintiffs and AMCO have agreed to consent to the assignment of this case to the
9 Magistrate Judge for all purposes in accordance with the Magistrates Act, 28 U.S.C. § 636(c).

10    NOW THEREFORE, Plaintiffs and AMCO hereby agree as follows:

11    1. Plaintiffs' Second Cause of Action for Breach of Covenant of Good Faith and Fair Dealing shall
12 be dismissed with prejudice;

13    2. Plaintiffs shall not hereafter be allowed to seek or recover damages in excess of $75,000 in this
14 case;

15    3. The parties request that the Court remand this case, in its entirety, to the California Superior
16 Court for the County of Monterey.

17    4. The parties hereby consent to the assignment of this case to a Magistrate Judge for all purposes
18 pursuant to 28 U.S.C. § 636(c).

19 Dated: February 27, 2008            Scott J. Allen

by: /s/ Scott J. Allen
Scott J. Allen
Attorney for Plaintiffs

Dated: February 27, 2008            Lewis, Brisbois, Bisgaard & Smith LLP

by: /s/ Timothy Kirk
Timothy Kirk
Attorneys for AMCO

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court hereby orders as follows:

1. The undersigned Magistrate Judge has authority to issue this Order since the parties have consented to the assignment of a Magistrate Judge for all purposes in this case pursuant to 28 U.S.C. § 636(c);

2. The Plaintiffs' Second Cause of Action for Breach of Covenant of Good Faith and Fair Dealing is hereby dismissed with prejudice;

3. The Plaintiffs shall not at any time in this case seek, or receive, an award of damages amounting to $75,000.00;

4. In light of the foregoing, the Court hereby finds that it is appropriate for this case to be remanded, and the Court hereby remands this case to the California Superior Court for the County of Monterey as case number M87621, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: _____        _____

United States Magistrate Judge

Revised Stip for filing.wpd