UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 4, 2008

Superior Court of California
Monterey County
Monterey Division Courthouse
1200 Aguajito Road
Monterey, CA 93940

**RECEIVED**
MAR 5th 2008

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE

**Filed**
MAR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE:   CV 07-06355 PVT   SCOTT ALLEN-v-AMCO INS. CO.
      Your Case Number: (M87621)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Enclosures
Copies to counsel of record

**Scott J. Allen**
242 Capitol Street
POB 2210
Salinas, CA 93901

**Julian John Pardini**
Lewis Brisbois Bisgaard & Smith LLP
1 Sansome St #1400
San Francisco, CA 94104

**Timothy S. Kirk**
Lewis Brisbois Bisgaard & Smith LLP
1 Sansome Street, Suite 1400
San Francisco, CA 94104